UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGELA MARTINEZ, individually
and on behalf of all others
Similarly situated,

        PLAINTIFF,

v.                                  Case No. 2:23-cv-00646-SPC-KCD

GHOST BEVERAGES, LLC,

        DEFENDANT.
_____/

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

_____   IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:   December 11, 2023

                                                          Respectfully submitted,

                                                          /s/ William Wright
                                                          The Wright Law Office, P.A.
                                                          515 N Flagler Dr Ste P300
                                                          West Palm Beach FL 33401
                                                          (561) 514-0904

willwright@wrightlawoffice.com

*Lead Counsel for Plaintiff*