## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| ANGEL MARTINEZ, individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiff, <br><br>　- against - <br><br> GHOST BEVERAGES, LLC, <br><br>　　　　　Defendant. | 2:23-cv-00646-SPC-KCD |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff gives notice that this action is voluntarily dismissed with prejudice.

Each side shall bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   December 21, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　The Wright Law Office, P.A.
　　　　　　　　　　　　　　　　　　/s/ *William Wright*
　　　　　　　　　　　　　　　　　　Will Wright
　　　　　　　　　　　　　　　　　　willwright@wrightlawoffice.com
　　　　　　　　　　　　　　　　　　515 N Flagler Dr Ste P300
　　　　　　　　　　　　　　　　　　West Palm Beach FL 33401
　　　　　　　　　　　　　　　　　　Tel: (561) 514-0904

## Certificate of Service

I certify that on December 21, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ *William Wright*